NIAGARA LOAN ASSOCIATION, Appellant, v. ADELINE BENTLEY, Respondent.

*Niagara Loan Assn.* v. *Bentley*, 137 App. Div. 879, reversed.
(Submitted February 22, 1911; decided March 14, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 22, 1909, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a chattel mortgage.

*Charles Newton* for appellant.

*D. N. McNaughton* and *Willard W. Saperstone* for respondent.

Judgment reversed and new trial granted, costs to abide event, on dissenting memorandum of McLENNAN, P. J., and SPRING, J., below.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Absent: HAIGHT, J.

———

JOHN H. FOLEY, Respondent, v. UTICA SANITARY MILK COMPANY, Appellant.

*Foley* v. *Utica Sanitary Milk Co.*, 134 App. Div. 955, affirmed.
(Argued February 22, 1911; decided March 14, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 8, 1909, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover for services.

*James H. Merwin* for appellant.

*P. H. Fitzgerald* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, WERNER and CHASE, JJ. Dissenting: VANN and WILLARD BARTLETT, JJ.